JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIMCO LODGING CAPITAL, INC., et al.<br><br>　　　　Defendants. | Case No. CV 2:20-cv-05903-AB-JC<br><br>**ORDER DISMISSING CIVIL ACTION** |

1  THE COURT having been advised by counsel that the above-entitled action has
2  been settled;
3  IT IS THEREFORE ORDERED that this action is hereby dismissed without
4  costs and without prejudice to the right, upon good cause shown within **45 days,** to re-
5  open the action if settlement is not consummated.  This Court retains full jurisdiction
6  over this action and this Order shall not prejudice any party to this action.

Dated:  October 14, 2020   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.